UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:  NANCY DICKSON

                          Chapter 13
                          Case No. **07-51364**

DEBTOR(S)

### DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY AND NOTICE OF HEARING

Now comes, Nancy Dickson, through counsel, in the above referenced proceeding, and pursuant to 11 U.S.C. 362, moves this court to overrule Countrywide Home Loans, Inc.'s Motion for Relief From Stay as to lot of the debtor, this lot is the only property which Countrywide Home Loans, Inc. has a secured interest . Debtor requests the stay remains in effect. The debtor has made all payments per the Chapter 13 plan, the plan is paying the value of the lot to Countrywide Home Loans, Inc. per 11USC 1322 (b)(2).

### NOTICE OF HEARING

Please take notice given the Response to Motion Relief To Lift the Stay, will come on for hearing before the in United States Bankruptcy Court, Chapter 13 Courtroom in Lexington, Kentucky on October 4, 2007 at 9:30 am..

                                      ATKINSON, SIMMS &
                                      KERMODE, PLLC

BY:    /s/ John M. Simms_____
         JOHN M. SIMMS
         1608 Harrodsburg Rd.

        Lexington, KY 40504
        (859) 225 - 1745
        (859) 254 – 2012 FAX

        ATTORNEY FOR DEBTOR


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Response to Motion was served this September 25, 2007 by CM/ECF to the following:

Beverly Burden, Trustee
Hon. Casey M. Cantrell-Swartz


        /s/ John M. Simms_____
        JOHN M. SIMMS