**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE:

NANCY E. DICKSON

**DEBTOR(S)**                                              **CASE NUMBER:** 07-51364

**NOTICE OF HEARING**

This matter will be heard on November 1, 2007, at 9:30 a.m. at U. S. Bankruptcy Courtroom, 100 East Vine Street, Lexington, Kentucky.

**OBJECTION TO MOTION FOR RELIEF FROM STAY**

The Chapter 13 Trustee objects to the Motion for Relief from Stay filed by Countrywide Home Loans on the following grounds:

1.   There may be a non-perfected lien on the 1998 mobile home. Per the debtor's statement at the creditor meeting, the creditor (Countrywide) did not file a security agreement or seek issuance of a title to the mobile home, so one has never been issued.

2.   The Trustee would request that relief be denied at this time in order to give the Trustee time to review the case and attempt to get a title history from Frankfort or to see if a title was ever issued.

WHEREFORE, the Trustee requests the Motion for Relief from Stay be overruled at this time.

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served on the parties below by mail or electronically via ECF on September 28, 2007.

/s/ Beverly M. Burden
Beverly M. Burden
Chapter 13 Trustee
P.O. Box 2204
Lexington KY  40588
(859) 233-1527

John Simms                                         Casey Cantrell-Swartz
Electronically served                              Attorney for Countrywide
                                                   Electronically served